JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY DAVIDOV, | ) | Case No.: CV 08-3287 DSF (RZx) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| NHIC CORPORATION, and DOES 1 through 100, | ) | |
| Defendants. | ) | |

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the case be dismissed for lack of jurisdiction,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed, and that defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1919.

Dated: 7/24/13

_____
Dale S. Fischer
United States District Judge